■ SCREEN PLACE, INC., Appellant, v INDUSTRIAL DEVELOPMENT AGENCY et al., Respondents. — Judgment, Supreme Court, New York County (Ernst Rosenberger, J.), entered on July 19, 1983, unanimously affirmed for the reasons stated by E. Rosenberger, J., at Special Term, without costs and without disbursements. The appeal from the order of said court entered on July 12, 1983 is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Sandler, Milonas and Alexander, JJ.

■ DANIEL P. COLLINS et al., Appellants, v NEW YORK CITY TRANSIT POLICE DEPARTMENT et al., Respondents. — Judgment, Supreme Court, New York County (Stanley Ostrau, J.), entered on May 19, 1982, unanimously affirmed for the reasons stated by S. Ostrau, J., at Special Term, without costs and without disbursements. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON WILLIAMS, Appellant. — Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on November 24, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Kassal, JJ.